United States District Court
Southern District of Texas
**ENTERED**
August 25, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **ALMA NOEMI GAMBOA ORTEGA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-01493** |
| | § | |
| **WARDEN,** | § | |
| | § | |
| **Respondent.** | § | |

# ORDER

Pending before the Court is Petitioner Alma Noemi Gamboa Ortega's ("Petitioner") *pro se* Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. 1), challenging the lawfulness of her detention by Immigration and Customs Enforcement (ICE) officials with the Department of Homeland Security (DHS).

Upon review of the Petition, the Court has identified that Petitioner has a habeas petition pending before United States District Judge John A. Kazen. (*See* 5:26-cv-01400). Judge Kazen has set a deadline of September 1, 2026, for Petitioner to file a reply. (*See* 5:26-cv-01400, Dkt. 6 at 1.) When a petitioner files a duplicate petition alleging "substantially the same facts arising from a common series of events," the later-filed petition should ordinarily be dismissed. *Pittman v. Moore*, 980 F.2d 994, 994–95 (5th Cir. 1993) ("Ordinarily . . . the district court confronted with the later-filed action should dismiss it in favor of the case that was filed earlier."); *see, e.g., Zhao v. Holder*, 2010 WL 517897, at *1 (S.D. Tex. Feb. 10, 2010) (dismissing later-filed immigration habeas petition as duplicative). Here, the Petitioner's petition in 5:26-cv-01493 appears identical

to the petition currently pending in 5:26-cv-01400. (*Compare* 5:26-cv-01493, Dkt. 1, *with* 5:26-cv-01400, Dkt. 1.)

Accordingly, Petitioner's Petition for Writ of Habeas Corpus, (Dkt. 1), is **DISMISSED** without prejudice to Petitioner's pending action before Judge Kazen, 5:26-cv-01400. The Clerk of Court is **DIRECTED** to **CLOSE** this civil action and **TERMINATE** any pending motions or deadlines that may be associated with this case.

Finally, the Clerk of Court is also **DIRECTED** to mail Petitioner a copy of this Order by any receipted means to the following addresses:

**Alma Noemi Gamboa Ortega**
**A# 221-060-818**
**Laredo Processing Center**
**4702 East Saunders St**
**Laredo, TX 78041**

IT IS SO ORDERED.

SIGNED this August 25, 2026.

Diana Saldaña
United States District Judge